ROWE, Respondent, v. GERRY, Appellant, et al. (Supreme Court, Appellate Division, Second Department. December 8, 1905.) Action by Edward Rowe against Isabel H. Gerry and others. No opinion. Motion for reargu-

ment granted, and case set down for hearing on. the first Wednesday of the January term.